ANNA LETO, Respondent, v. MURRAY R. SPIES et al., Appellants, et al., Defendants.— In an action for judgment declaring respondent to be the owner of certain mortgages, and for other relief, order denying appellants' motion,

under rule 90 of the Rules of Civil Practice, for an order requiring respondent to separately state and number causes of action, affirmed, with $10 costs and disbursements. No opinion. Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur.